UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
CYNTHIA MARIA PAZ

Social Security No.: xxx-xx-9662
Address: 2810 Bedford Green Drive
UNIT 06
Raleigh, NC 27604

CASE NO. 17-03348-5-SWH
CHAPTER   13

DEBTOR

## APPLICATION FOR ADDITIONAL ATTORNEY FEES

Undersigned law firm, the attorney for the Debtor (hereinafter referred to as "Attorney"), pursuant to Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1(a), (hereinafter "LBR" for Local Bankruptcy Rule), requests approval of an additional attorney fee in the amount set forth and provided for in LBR 2016-1(a)(6) and the Administrative Guide for Practice and Procedure for the Bankruptcy Court (hereinafter "Administrative Guide") for services rendered on behalf of the Debtor, and in support thereof, respectfully shows unto the Court as follows:

Attorney verifies that it has completed the following service: **Defense of Motion to Dismiss** (hereinafter "this service").

LBR 2016-1(a)(4) allows additional compensation for all "non-base" services, and LBR 2016-1(a)(4)(F) defines "non-base" services to include "services other than those included in the base fee as described in subsection (a)(2)" of LBR 2016-1***Specific non base services listed***.

This service is a service not included in the list of services described in subsection LBR 2016-1(a)(2).

Attorney requests approval in the amount of $250.00. This amount is the presumptive fee amount provided for this service as set forth in subsection (a)(6) of the "Compensation of Professionals [Rule 2016-1]" section of the Administrative Guide, made applicable pursuant to LBR 2016-1(a)(6).  In addition, undersigned believes this amount to be a fair and reasonable fee for this service.

Regarding this specific service, Attorney has never previously applied for an attorney fee, has received no payment, has received no transfer, assignment or pledge of property from the Debtor or any other entity; and has not shared or agreed to share with any other entity the compensation sought.

Debtor has been informed of the procedures applicable in this district to awards of attorney fees in Chapter 13 cases.

**WHEREFORE**, undersigned  prays that this Court approve an additional attorney fee in the amount of **$250.00**, modify the Chapter 13 plan as may be necessary to accommodate the payment thereof, and direct the Trustee to pay said fee from the proceeds of the Chapter 13 plan as an administrative expense pursuant to 11 U.S.C. 503(b)(4) and Local Rule 2016-1(a)(10)(B).

Dated: June 14, 2018

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ John T. Orcutt

John T. Orcutt(State Bar No. 10212)
Attorney for Debtor
6616 Six Forks Road, Suite 203
Raleigh, NC 27615
Telephone: (919) 847-9750
Fax: (919) 847-3439
Email: postlegal@johnorcutt.com

CERTIFICATE OF SERVICE

I, April Lamm, of the Law Offices of John T. Orcutt, P.C. certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on June 14, 2018, I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEY FEES** by **first class mail** upon the following parties:

Cynthia Maria Paz
2810 Bedford Green Drive
UNIT 06
Raleigh, NC 27604

<u>and</u> by **automatic electronic noticing** upon:

John F. Logan
Chapter 13 Trustee

                                         /s April Lamm
                                         April Lamm